**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____ **EASTERN** District of **CALIFORNIA** _____

Case number (*If known*): 19·14190

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

```
CWEF          FILED
          OCT 03 2019
   UNITED STATES BANKRUPTCY COURT
   EASTERN DISTRICT OF CALIFORNIA
```

☐ Check if this is an amended filing

IFP
10:56am

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Kristy**<br>First name<br><br>**Holly-ray**<br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3242 ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

Debtor 1    **Kristy**      **Holly-ray**
First Name    Middle Name    Last Name

Case number *(if known)*_____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br> Include trade names and *doing business as* names | ☑ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> EIN __ __ – __ __ __ __ __ __ __ <br><br> EIN __ __ – __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> EIN __ __ – __ __ __ __ __ __ __ <br><br> EIN __ __ – __ __ __ __ __ __ __ |

**5. Where you live**

|  | If Debtor 2 lives at a different address: |
|---|---|
| **1923 N Armstrong Ave** <br> Number    Street <br><br> _____ <br><br> **Fresno**      **CA**    **93727** <br> City      State    ZIP Code <br><br> **Fresno** <br> County | _____ <br> Number    Street <br><br> _____ <br><br> _____ <br> City      State    ZIP Code <br><br> _____ <br> County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> **1923 N Armstrong Ave** <br> Number    Street <br><br> _____ <br> P.O. Box <br><br> **Fresno CA**      **93727** <br> City      State    ZIP Code | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number    Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City      State    ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| Check one: | Check one: |
|---|---|
| ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br><br> _____ <br> _____ <br> _____ <br> _____ | ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br><br> _____ <br> _____ <br> _____ <br> _____ |

Debtor 1    **Kristy**      **Holly-ray**
     First Name    Middle Name    Last Name

Case number *(if known)* _____

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.   District _____ When _____ Case number _____
                    MM / DD / YYYY

         District _____ When _____ Case number _____
                    MM / DD / YYYY

         District _____ When _____ Case number _____
                    MM / DD / YYYY

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.   Debtor _____ Relationship to you _____
         District _____ When _____ Case number, if known_____
                    MM / DD / YYYY

         Debtor _____ Relationship to you _____
         District _____ When _____ Case number, if known_____
                    MM / DD / YYYY

---

**11.** **Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

     ☐ No. Go to line 12.

     ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1     **Kristy**           **Holly-ray**                Case number *(if known)*_____

First Name      Middle Name      Last Name

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____    _____   _____
City                      State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                       Number      Street

_____    _____   _____
City                      State     ZIP Code

---

Debtor 1   **Kristy**          **Holly-ray**
           First Name   Middle Name   Last Name

Case number *(if known)*_____

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Kristy**          **Holly-ray**                    Case number (if known)_____
           First Name   Middle Name   Last Name

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☑ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____
_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Kristy Ray_                          ✗ _____
Signature of Debtor 1                      Signature of Debtor 2

Executed on  _9  23  2019_              Executed on  _____
             MM / DD / YYYY                           MM / DD / YYYY

Debtor 1    **Kristy**        **Holly-ray**

       First Name      Middle Name      Last Name

Case number *(if known)*_____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** _____  Date  __09/23/2019__

Signature of Attorney for Debtor                  MM / DD / YYYY

_Brian N. Folland_

Printed name

_The Folland Law Group_

Firm name

_8050 N. Palm Suite 300_

Number    Street

_Fresno_                _CA_       _93711_

City                           State    ZIP Code

Contact phone _____  Email address _____

_157350_

Bar number                        State     _NF_

| Debtor 1 | **Kristy** | **Holly-ray** | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No

☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No

☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☐ No

☐ Yes. Name of Person_____.
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| ✗ _*Kristy Ray*_____ | ✗ _____ |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date _09 23 2019_ | Date _____ |
| MM / DD / YYYY | MM / DD / YYYY |
| Contact phone  **5593601940** | Contact phone _____ |
| Cell phone _____ | Cell phone _____ |
| Email address _____ | Email address _____ |

Certificate Number: 13858-CAE-CC-033465499



13858-CAE-CC-033465499

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 25, 2019</u>, at <u>4:19</u> o'clock <u>PM PDT</u>, <u>Kristy Holly-Ray</u> received from <u>MoneySharp Credit Counseling Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>September 25, 2019</u>        By:     <u>/s/Victor Reyes</u>

Name:   <u>Victor Reyes</u>

Title:    <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Filed 10/03/13       Case 10-14190       Doc 1

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **<u>before</u>** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

### <u>Chapter 7:</u> Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT

__EASTERN__ District Of __CALIFORNIA__

In re __Holly-ray, Kristy__ _____
          Debtor

Case No. _____

Chapter __7__ _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

X_____

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

_____
Social Security number (If the bankruptcy petition
preparer is not an individual, state the Social Security
number of the officer, principal, responsible person, or
partner of the bankruptcy petition preparer.)  (Required
by 11 U.S.C. § 110.)

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

_Kristy Ray_   Kristy Ray              x _Kristy Ray_              9/23/2009
Printed Name(s) of Debtor(s)                    Signature of Debtor              Date

Case No. (if known) _____        X_____
                                           Signature of Joint Debtor (if any)       Date

_____

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Kristy** | | **Holly-ray** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN** District of **CALIFORNIA**

Case number _____
(If known)

☐ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

|  |  |
| --- | --- |
|  | **Your assets**<br>Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.............................................................. | $ __218000__ |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................................... | $ __5275__ |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ............................................................. | $ __223275__ |

### Part 2:    Summarize Your Liabilities

|  |  |
| --- | --- |
|  | **Your liabilities**<br>Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*............ | $ __0__ |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................................ | $ __41176__ |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.................................... | + $ __259829__ |
| **Your total liabilities** | $ __301005__ |

### Part 3:    Summarize Your Income and Expenses

|  |  |
| --- | --- |
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $ __1610__ |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $ __3091__ |

| Debtor 1 | **Kristy** | | **Holly-ray** | | Case number *(if known)*_____ |
|----------|-----------|--|--------------|--|------------------------------|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   $ **0**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

                                                                              **Total claim**

   **From Part 4 on *Schedule E/F*, copy the following:**

   9a. Domestic support obligations (Copy line 6a.)      $ **0**

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)      $ **0**

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)      $ **0**

   9d. Student loans. (Copy line 6f.)      $ **0**

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)      $ **0**

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)      + $ **0**

   9g. **Total.** Add lines 9a through 9f.      $ **0**

---

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Kristy**                        **Holly-ray** |
| | First Name         Middle Name         Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name         Middle Name         Last Name |

United States Bankruptcy Court for the: **EASTERN** District of **CALIFORNIA**

Case number _____

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.** **Real Estate My Home**
Street address, if available, or other description

**Loc: My Residence In Fresno Ca.**

_____
City          State     ZIP Code

_____
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **My Residence In Fresno Ca.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**
$ **218000**                       $ **218000**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☐ Check if this is community property
(see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

_____
City          State     ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**
$_____        $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** _____

☐ Check if this is community property
(see instructions)

**1.3.** _____
Street address, if available, or other description

_____

_____
City                State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ......................................... →

$   **218000**

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

| Mercedes 2009 Doesn't Run |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ 1000        $ 1000

If you own or have more than one, describe here:

**3.2.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

| Audi 2001 Not Working |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ 200        $ 200

3.3.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

| Chevy Truck My Farm Work Truck |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ 1900    $ 1900

3.4.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

| |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1.  Make: _____ N/a

Model: _____ N/a

Year: _____ 1994

Other information:

| Motor Home 1994 Not Working |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ 100    $ 100

If you own or have more than one, list here:

4.2.  Make: _____

Model: _____

Year: _____

Other information:

| |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ·················································➔

$ 3200

| Part 3: | Describe Your Personal and Household Items |
|---------|---------------------------------------------|

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... | Furniture - My Home |    $ __500__

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe.......... | |    $ _____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.......... | |    $ _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.......... | |    $ _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.......... | |    $ _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.......... | Clothing - My Home |    $ __400__

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.......... | Jewelry - My Home |    $ __25__

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.......... | |    $ _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ............ | |    $ _____

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..............................................➔    $ __1075__

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes ................................................................................................................................... Cash: ........................ $_____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No
☐ Yes ..................... Institution name:

| | |
|---|---|
| 17.1. Checking account: | _____ $_____ |
| 17.2. Checking account: | _____ $_____ |
| 17.3. Savings account: | _____ $_____ |
| 17.4. Savings account: | _____ $_____ |
| 17.5. Certificates of deposit: | _____ $_____ |
| 17.6. Other financial account: | _____ $_____ |
| 17.7. Other financial account: | _____ $_____ |
| 17.8. Other financial account: | _____ $_____ |
| 17.9. Other financial account: | _____ $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................. Institution or issuer name:

_____ $_____
_____ $_____
_____ $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them ...................... 

Name of entity:                                    % of ownership:

_____    _____%    $_____
_____    _____%    $_____
_____    _____%    $_____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them......................

Issuer name:

_____    $_____

_____    $_____

_____    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | _____ | $_____ |
| Pension plan: | _____ | $_____ |
| IRA: | _____ | $_____ |
| Retirement account: | _____ | $_____ |
| Keogh: | _____ | $_____ |
| Additional account: | _____ | $_____ |
| Additional account: | _____ | $_____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes.........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | _____ | $_____ |
| Gas: | _____ | $_____ |
| Heating oil: | _____ | $_____ |
| Security deposit on rental unit: | _____ | $_____ |
| Prepaid rent: | _____ | $_____ |
| Telephone: | _____ | $_____ |
| Water: | _____ | $_____ |
| Rented furniture: | _____ | $_____ |
| Other: | _____ | $_____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.........................

Issuer name and description:

_____    $_____

_____    $_____

_____    $_____

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them....    $_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them....    $_____

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☐ Yes. Give specific information about them....    $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal:    $_____
State:    $_____
Local:    $_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
☐ Yes. Give specific information..............

Alimony:    $_____
Maintenance:    $_____
Support:    $_____
Divorce settlement:    $_____
Property settlement:    $_____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..............    $_____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe......   | John Deare Tractor Doesnt Run - My Home |   $ 200

41. **Inventory**

☑ No
☐ Yes. Describe......   | |   $

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.......   Name of entity:                              % of ownership:
_____   _____%   $_____
_____   _____%   $_____
_____   _____%   $_____

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes. Describe.......   | |   $

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
   information .........   _____   $_____
   _____   $_____
   _____   $_____
   _____   $_____
   _____   $_____
   _____   $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................➔   $ 500

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.
☑ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
   *Examples:* Livestock, poultry, farm-raised fish

☐ No
☑ Yes ......................   | Horse - My Home |   $ 500

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............

$_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...................

$_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...................

$_____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............

$_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................➔

$_____

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe......

$_____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe......

$_____

**48. Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information. .......... [_____]    $ _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes .......... [_____]    $ _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes .......... [_____]    $ _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information. .......... [_____]    $ _____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here ............................................................. →    $ 500

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53.** Do you have other property of any kind you did not already list?
   *Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information. ..........    $ _____
    $ _____
    $ _____

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ......................... →    $ 0

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55. Part 1: Total real estate, line 2** ............................................................. →    $ 218000

**56. Part 2: Total vehicles, line 5**    $ 3200

**57. Part 3: Total personal and household items, line 15**    $ 1075

**58. Part 4: Total financial assets, line 36**    $ _____

**59. Part 5: Total business-related property, line 45**    $ 500

**60. Part 6: Total farm- and fishing-related property, line 52**    $ 500

**61. Part 7: Total other property not listed, line 54**    + $ 0

**62. Total personal property.** Add lines 56 through 61. .....................    $ 5275    Copy personal property total → + $ 5275

**63. Total of all property on Schedule A/B.** Add line 55 + line 62.....................................................    $ 223275

**Attachment To Schedule B: Item 06 - Household goods**

Description: Washer Dryer Stove Fridge - My Home
--------------

**Attachment To Schedule B: Item 040 Machinery**

--------------

--------------

:]``jb`h\]g`]bžcf a Uh]cb`hc`]XYbh]žm`mc i f`WUgY.`

| Debtor 1 | **Kristy** | | **Holly-ray** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **EASTERN** District of **CALIFORNIA**

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/1-

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

: cf`YUW\`]hYa`cŽ`dfcdYfhm`mc i`W`U]a`Ug`YlYa`dhž`mc i`a igh`gdYW]Žm`h\Y`Ua`c i bh`cŽ`h\Y`YlYa`dh]cb`mc i`W`U]a`*`CbY`kUm`cŽ`Xc]b[`gc`]g`hc`ghUhY`U`gdYW]Ž]W`Xc``Uf`Uac i bh`Ug`YlYa`dh.`5`hYfbUh]j`Ym`mc i`mz`mc i`a `U`Um`Wa`W`U]a`h\Y`Zi``fk`fUZ`nn`M`^`fm``ni^^`ni^cZ`f][fk``fk`fUZ`ni^`W`n`^`fm`fm`h`ni^`^`ni^`^`^`ni^`^`^`^`ni

■ **Part 1:** Identify the Property You Claim as Exempt

1. K\]W\`gYh`cŽ`YlYa`dh]cbg`UfY`mc i`W`U]a`]b[3`*Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. : cf`Ubm`dfcdYfhm`mc i`]]gh`cb`*Schedule A/B*`h\Uh`mc i`W`U]a`Ug`YlYa`dhž`Ž]`]`]b`h\Y`]bZcf`aUh]cb`VY`ck`

| 6f]YŽ`XYgWf]dh]cb`cŽ`h\Y`dfcdYfhm`UbX`UbX`]bY`cb`*Schedule A/B*`h\Uh`]]ghg`h\]g`dfcdYfhm` | 7 i ffYbh`jU`i Y`cŽ`h\Y`dcfh]cb`mc i`ckb` Copy the value from *Schedule A/B* | 5a`c i bh`cŽ`h\Y`YlYa`dh]cb`mc i`W`U]a` *Check only one box for each exemption.* | GdYW]Ž]W`Ukg`h\Uh`U`ck`YlYa`dh]cb |
|---|---|---|---|
| Brief description: **Real Estate My Home** SSSSSSSSSSSSSSSSSSSSSSSSSSSS Line from *Schedule A/B:* _____ | $ 218000 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 704.710;704.720;704.730; 704.920; |
| Brief description: **Mercedes 2009 Doesn't Run** SSSSSSSSSSSSSSSSSSSSSSSSSSSS Line from *Schedule A/B:* _____ | $ 1000 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 704.010; |
| Brief description: **Audi 2001 Not Working** SSSSSSSSSSSSSSSSSSSSSSSSSSSS Line from *Schedule A/B:* _____ | $ 200 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 704.010; |

3. 5fY`mc i`W`U]a`]b[`U`]a`]hYX`YlYa`dh]cb`cŽ`acfY`h\Ub`%`+0,3)$3

    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

<table>
<tr><td colspan="4"><strong>Part 2:</strong>  Additional Page</td></tr>
</table>

| 6f]YZ`XYgWf]dh]cb`cZ`h\Y`dfcdYfhm`UbX`jbY`cb`Schedule A/B`h\Uh``]ghg`h\]g`dfcdYfhm` | 7 iffYbh`jU`iY`cZ`h\Y`dcfh]cb`mci`ckb` Copy the value from Schedule A/B | 5 a c i bh`cZ`h\Y`YlYadh]cb`mci`W`U]a`` Check only one box for each exemption | GdYW]Z]W`Ukg`h\Uh`U`ck`YlYadh]cb |

| **Brief description:** Chevy Truck My Farm SSSSSSSSSSSSSSSSSSSSSSSSS **Line from Schedule A/B:** _____ | $ 1900 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 704.010; |
| **Brief description:** John Deare Tractor Doesnt Run SSSSSSSSSSSSSSSSSSSSSSS **Line from Schedule A/B:** _____ | $ 200 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 704.060; |
| **Brief description:** John Deare Tractor 1934 Doesnt SSSSSSSSSSSSSSSSSSSSSS **Line from Schedule A/B:** _____ | $ 200 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 704.060;704.060; |
| **Brief description:** Motor Home 1994 Not Working SSSSSSSSSSSSSSSSSSSSSSS **Line from Schedule A/B:** _____ | $ 100 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 704.060; |
| **Brief description:** Lawnmower SSSSSSSSSSSSSSSSSSSSSSSSS **Line from Schedule A/B:** _____ | $ 100 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 704.060; |
| **Brief description:** Furniture SSSSSSSSSSSSSSSSSSSSSSSS **Line from Schedule A/B:** _____ | $ 500 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 704.020; |
| **Brief description:** Clothing SSSSSSSSSSSSSSSSSSSSSSSS **Line from Schedule A/B:** _____ | $ 400 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 704.020; |
| **Brief description:** Washer Dryer Stove Fridge SSSSSSSSSSSSSSSSSSSSS **Line from Schedule A/B:** _____ | $ 150 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 704.020; |
| **Brief description:** Jewelry SSSSSSSSSSSSSSSSSSSSSSSSS **Line from Schedule A/B:** _____ | $ 25 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 704.040; |
| **Brief description:** Horse SSSSSSSSSSSSSSSSSSSSSSSSS **Line from Schedule A/B:** _____ | $ 500 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 704.020; |
| **Brief description:** SSSSSSSSSSSSSSSSSSSSSSSS **Line from Schedule A/B:** _____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:** SSSSSSSSSSSSSSSSSSSSSSSS **Line from Schedule A/B:** _____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1 _____
          First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name        Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☐ Check if this is an
   amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1**

Creditor's Name

Number        Street

City          State    ZIP Code

**Describe the property that secures the claim:**

$_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2**

Creditor's Name

Number        Street

City          State    ZIP Code

**Describe the property that secures the claim:**

$_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $ 0 _____

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kristy** | | **Holly-ray** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **EASTERN** District of **CALIFORNIA**

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is
needed, copy the Part you need, fill it out, write the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Enhanced Recovery Col/comcast** | Last 4 digits of account number  __2420__  __ __  __ __ | $153 | $153 | $0 |

Priority Creditor's Name

**8014 Bayberry Rd**
Number          Street

When was the debt incurred?     __2014__

**Jacksonville FL 32256**
City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  __Cable__

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.2 | **Franchise Tax Board California** | Last 4 digits of account number  __xuh5__  __ __  __ __ | $1500 | $1500 | $0 |

Priority Creditor's Name

**9646 Butterfield Way,**
Number          Street

When was the debt incurred?     __2016__

**Sacramento CA 95827**
City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  __State Taxe__

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.3**

Internal Revenue Service
Priority Creditor's Name

Internal Revenue Service Cente
Number    Street

_____

Fresno CA 93888-0010
City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  3242  ___  ___  ___

When was the debt incurred?    2014

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  Taxable Income

Total claim: $32000    Priority amount: $ 32000    Nonpriority amount: $ 0

**2.4**

Michael & Associates
Priority Creditor's Name

555 St Charles Dr #204
Number    Street

_____

Thousand Oaks CA 91360
City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0233  ___  ___  ___

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  Credit Card

Total claim: $7523    Priority amount: $ 7523    Nonpriority amount: $ 0

___

Priority Creditor's Name

Number    Street

_____

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____    $_____    $_____

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.1**

**A.r.m Solutions**
Nonpriority Creditor's Name

**Po Box 371473**
Number    Street

**Pittsburgh PA 15250-7473**
City         State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0082**   ___   ___

When was the debt incurred?    **1/2019**

**Total claim**

$   **934**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Utilities**

---

**4.2**

**Adventist Health Selma**
Nonpriority Creditor's Name

**1141 Rose Ave**
Number    Street

**Selma CA 93662**
City         State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___   ___   ___   ___

When was the debt incurred?    **7/2019**

$   **2100**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical**

---

**4.3**

**American Express**
Nonpriority Creditor's Name

**Michael & Assoc. 555 St. Charles Dr**
Number    Street

**Thousand Oaks Dr CA 91360**
City         State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **9859**   ___   ___

When was the debt incurred?    **2012-2016**

$   **6643**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

Debtor 1   **Kristy**            **Holly-ray**          Case number *(if known)*_____
           First Name   Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.4**

**American Express**
Nonpriority Creditor's Name

**Po Box 297871**
Number      Street

**Ft Lauderdale FL 33329**
City                     State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **7871**  ___  ___    $ **9461**

When was the debt incurred?    **2012-2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

**4.5**

**American Express**
Nonpriority Creditor's Name

**Po Box 297871**
Number      Street

**Ft Lauderdale FL 33329**
City                     State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **9991**  ___  ___    $ **9461**

When was the debt incurred?    **2012-2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

**4.6**

**American Express**
Nonpriority Creditor's Name

**Po Box 297871**
Number      Street

**Ft Lauderdale FL 33329**
City                     State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **9992**  ___  ___    $ **9643**

When was the debt incurred?    **2012-2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

Debtor 1    **Kristy**    **Holly-ray**
First Name    Middle Name    Last Name

Case number (if known)_____

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

---

**4.7**

**American Express**
Nonpriority Creditor's Name

**Po Box 297871**
Number        Street

**Ft Lauderdale FL 33329**
City        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __7871__ __ __ __

When was the debt incurred?    __2012-2016__

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Credit Card__

$ **9461**

---

**4.8**

**Amerigas**
Nonpriority Creditor's Name

**Po Box 7155**
Number        Street

**Pasadena CA 91109-7155**
City        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __3801__ __ __ __

When was the debt incurred?    __1/2019__

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Utilities__

$ **79467**

---

**4.9**

**Amerigas**
Nonpriority Creditor's Name

**Po Box 7155**
Number        Street

**Pasadena CA 91109-7155**
City        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __1167__ __ __ __

When was the debt incurred?    __2018__

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Utilities__

$ **1100**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

**4.10**

**Bethea Jenner**
Nonpriority Creditor's Name

**167 Cherry St Pmb 292**
Number    Street

**Milford CT 06460**
City        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **4525**   __ __

When was the debt incurred?     **2018**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Physic**

$ **500**

---

**4.11**

**Biz Filings**
Nonpriority Creditor's Name

**39922 Tresury Center**
Number    Street

**Chicago IL 60694-9900**
City        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1607**   __ __

When was the debt incurred?     **2018**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Trying To Start A Business**

$ **167**

---

**4.12**

**Calvery Portfolio Svc**
Nonpriority Creditor's Name

**Po Box 27288**
Number    Street

**Tempe AZ 852886**
City        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **6330**   __ __

When was the debt incurred?     **2/2018**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

$ **5414**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     Total claim

---

**4.13**

**Captial Management Services Lp**
Nonpriority Creditor's Name

**698 1/2 South Odgen St**
Number   Street

**Baffalo NY 14206-2317**
City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **1160**  ___  ___     $ **1920**

When was the debt incurred?  **2015**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

---

**4.14**

**Chase Bank**
Nonpriority Creditor's Name

**270 Park Avenue**
Number   Street

**New York, NY 10017**
City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **0057**  ___  ___     $ **10811**

When was the debt incurred?  **2/2019**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Bank Charges**

---

**4.15**

**Citibank, N.a./sears Card**
Nonpriority Creditor's Name

**Sears Private Label General In P.o. Box 6275**
Number   Street

**Sioux Falls ND 57117**
City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **0883**  ___  ___     $ **5075**

When was the debt incurred?  **2013-2017**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

Filed 10/03/19     Case 19-14190     Doc 1

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.16**

Citibank, N.a/
Nonpriority Creditor's Name

Citi At: Citibank / Choice, P. Choice, P.o. Box 9001037
Number     Street

Louisville KY 40290-1037
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   9261  ___  ___  ___

When was the debt incurred?   2014-2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

$ 9565

---

**4.17**

Citibank, N.a/
Nonpriority Creditor's Name

Citi At: Citibank / Choice, P. P.o. Box 9001037
Number     Street

Louisville KY 40290-1037
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   1000  ___  ___  ___

When was the debt incurred?   2014-2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

$ 9124

---

**4.18**

Citibank, N.a/ Best Buy Visa
Nonpriority Creditor's Name

P.o. Box 790441 Best Buy
Number     Street

St. Louis, Mo MO 63179-0441
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   8383  ___  ___  ___

When was the debt incurred?   2014-2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

$ 2625

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.19**

**Citibankna**
Nonpriority Creditor's Name

**Po Boz 6500**
Number          Street

**Sioux Falls SD 57117**
City                        State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5766** ___ ___

When was the debt incurred?    **2017**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

$ **695**

---

**4.20**

**Comenity Bank / Victoria**
Nonpriority Creditor's Name

**Po Box 182789**
Number          Street

**Cololumbus OH 43218**
City                        State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5637** ___ ___

When was the debt incurred?    **2017**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

$ **2450**

---

**4.21**

**Comenity Bank Buckel**
Nonpriority Creditor's Name

**Po Box 182789**
Number          Street

**Cololumbus OH 43218**
City                        State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5637** ___ ___

When was the debt incurred?    **2017**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

$ **2450**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                                  Total claim

**4.22**

**Comenity Bank/ Buckel**
Nonpriority Creditor's Name

**Po Box 182789**
Number    Street

**Columbus OH 43218-2789**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1219**  ___ ___                        $ **2600**

When was the debt incurred?        **2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

**4.23**

**Comenity Bank/ Victoria**
Nonpriority Creditor's Name

**Po Box 182789**
Number    Street

**Columbus OH 43218**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **5637**  ___ ___                        $ **1600**

When was the debt incurred?        **2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

**4.24**

**Covergent Outsourcing**
Nonpriority Creditor's Name

**Aterso01 Po Box 1280**
Number    Street

**Oaks PA 19456-1280**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **7616**  ___ ___                        $ **5507**

When was the debt incurred?        **2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Car's**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

**4.25**

**Deversified Consultants**
Nonpriority Creditor's Name

**10550 Deerwood Park Blvd**
Number          Street

**Jacksonville FL 32256**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **1409**__ __ __

When was the debt incurred?    **2018**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Cable**

$ **965**

---

**4.26**

**Discover Fin Svcs Llc1920**
Nonpriority Creditor's Name

**Po Box 15316**
Number          Street

**Wilmington DE 19850**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **1120**__ __ __

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

$ **1800**

---

**4.27**

**Discovet Fin Svcs Llc**
Nonpriority Creditor's Name

**Po Box 15316 911 Duke Blvd**
Number          Street

**Wilmingtom DE 19850**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **1129**__ __ __

When was the debt incurred?    **2012-2017**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

$ **0**

| **Part 2:** | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.28**

**Dynamic Recovery Solutions**
Nonpriority Creditor's Name

**135 Interstate Blvd**
Number    Street

**Greenville SC 29616**
City                              State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **3606** __ __    $ **5414**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

**4.29**

**Financial Recovery Services**
Nonpriority Creditor's Name

**Po Box 385908**
Number    Street

**Minnaepolis MN 55438-5908**
City                              State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **a265** __ __    $ **1920**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

**4.30**

**Gc Services Paternershio**
Nonpriority Creditor's Name

**6330 Gulfton**
Number    Street

**Houston TX 77071**
City                              State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5716** __ __    $ **1592**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

### 4.31

**Kenosian&miele Llp Attorneys**
Nonpriority Creditor's Name

**8581 Sana Monica Blvd 17**
Number        Street

**Los Angeles CA 90069**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6827 __ __ __

When was the debt incurred?        2017

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

$ 5962

---

### 4.32

**Midland Funding Llc**
Nonpriority Creditor's Name

**Po Box 385908**
Number        Street

**Minneapolis MN 55438-5908**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  9277 __ __ __

When was the debt incurred?        2014-2018

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

$ 2625

---

### 4.33

**Midland Funding Llc**
Nonpriority Creditor's Name

**Po Box 385908**
Number        Street

**Minneapolis MN 55438-5908**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  3686 __ __ __

When was the debt incurred?        2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

$ 4251

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.34**

**Midland Funding Llc**
Nonpriority Creditor's Name

**Po Box 385908**
Number        Street

**Minneapolis MN 55438-5908**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    2015

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

$ 26

---

**4.35**

**Midland Funding Llc**
Nonpriority Creditor's Name

**Po Box 385908 717947718**
Number        Street

**Minneapolis MN 55438-5908**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  1436  ___ ___ ___

When was the debt incurred?    2014-2017

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

$ 9124

---

**4.36**

**Midland Funding Llc**
Nonpriority Creditor's Name

**Po Box 385908 717947718**
Number        Street

**Minneapolis MN 55438-5908**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  9301  ___ ___ ___

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

$ 5075

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      Total claim

---

**4.37**

**Midland Funding Llc**
Nonpriority Creditor's Name

**Po Box 385908 717947718**
Number    Street

**Minnaepolis MN 55438-5908**
City      State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **6209**    __ __   __ __

When was the debt incurred?    **2014-2017**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

$ **9565**

---

**4.38**

**North Shore Agency**
Nonpriority Creditor's Name

**270spagnoli Rd Suite110**
Number    Street

**Melville NY 11747**
City      State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **1723**    __ __   __ __

When was the debt incurred?    **2017**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Publishers Clearing House Not**

$ **58**

---

**4.39**

**Paypal**
Nonpriority Creditor's Name

**Po Box 105658**
Number    Street

**Atlanta GA 30348-5658**
City      State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **1276**    __ __   __ __

When was the debt incurred?    **2015**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

$ **1584**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.40**

__Pg&e__
Nonpriority Creditor's Name

__Pg&e Po Box 997300__
Number      Street

__Sacramento CA 95899-7300__
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __80-5__ __ __ __

When was the debt incurred?    __2018__

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Utilities__

$ __3900__

---

**4.41**

__Resurgence Legale Group__
Nonpriority Creditor's Name

__3000 Lakeside Drive Suite 309s__
Number      Street

__Bannockburn IL 60015__
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __6531__ __ __

When was the debt incurred?    __Credit Card__

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Credit Card__

$ __695__

---

**4.42**

__Saint Agnes Medical Center__
Nonpriority Creditor's Name

__Herndon Ave 1303 E Herndon Ave__
Number      Street

__Fresno CA 93620__
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __3242__ __ __ __

When was the debt incurred?    __8/2019__

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Medical__

$ __4500__

| **Part 2:** | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.43**

**Syncb/walmart**
Nonpriority Creditor's Name

**Po Box 965024**
Number    Street

**Orlando FL 32896**
City      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   3242   __ __ __      $ 3800

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.44**

**Synchrony Bank/walmart**
Nonpriority Creditor's Name

**170 West Election Road Suite12**
Number    Street

**Draper UT 84020**
City      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   7324   __ __ __      $ 4251

When was the debt incurred?    2016-2017

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.45**

**T-mobile**
Nonpriority Creditor's Name

**Po Box 37380**
Number    Street

**Albuquerque NM 87176-7380**
City      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   7718   __ __ __      $ 26

When was the debt incurred?    2014

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Mobile Phone Bill**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.46

**Unifund Ccr Llc/resurgence Lea**
Nonpriority Creditor's Name

**3000 Lakeside Drive Suite 309s**
Number          Street

**Bannockburn IL 60015**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __6531__ ___ ___

When was the debt incurred? __2017__

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

$ **695**

### 4.47

**Unwired**
Nonpriority Creditor's Name

**215 N Falbroock Ave Suite 203**
Number          Street

**Fresno CA 93711**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __6040__ ___ ___

When was the debt incurred? __2018__

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Cable**

$ **2754**

### 4.48

**Waste Management**
Nonpriority Creditor's Name

**Waste Management /usa Waste Po Box 541065**
Number          Street

**Los Angeles CA 90054-1065**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __3006__ ___ ___

When was the debt incurred? __2018__

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Utilities Garbage**

$ **474**

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 41176 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 259829 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 259829 |

**Fill in this information to identify your case:**

Debtor __Kristy__ __Holly-ray__
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse If filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: __EASTERN__ District of __CALIFORNIA__

Case number _____
(If known)

❑ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

2.1
Name _____

Number     Street

City                    State     ZIP Code

2.2
Name _____

Number     Street

City                    State     ZIP Code

2.3
Name _____

Number     Street

City                    State     ZIP Code

2.4
Name _____

Number     Street

City                    State     ZIP Code

2.5
Name _____

Number     Street

City                    State     ZIP Code

Debtor 1    **Kristy**          **Holly-ray**          Case number *(if known)*_____
            First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

**Person or company with whom you have the contract or lease**          **What the contract or lease is for**

**2.6**

Name
_____

Number          Street
_____

City                    State      ZIP Code

**2.7**

Name
_____

Number          Street
_____

City                    State      ZIP Code

**2.8**

Name
_____

Number          Street
_____

City                    State      ZIP Code

**2.9**

Name
_____

Number          Street
_____

City                    State      ZIP Code

**2.10**

Name
_____

Number          Street
_____

City                    State      ZIP Code

**2.11**

Name
_____

Number          Street
_____

City                    State      ZIP Code

**2.12**

Name
_____

Number          Street
_____

City                    State      ZIP Code

**2.13**

Name
_____

Number          Street
_____

City                    State      ZIP Code

**Fill in this information to identify your case:**

Debtor 1    **Kristy**                          **Holly-ray**
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name       Last Name

United States Bankruptcy Court for the **EASTERN** District of **CALIFORNIA**

Case number
(If known)  _____

☐ Check if this is an
   amended filing

## Official Form 106H

## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City                  State              ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* Your codebtor                           *Column 2:* The creditor to whom you owe the debt

                                                        Check all schedules that apply:

   **3.1**
         _____      ☐ Schedule D, line _____
         Name                                          ☐ Schedule E/F, line _____
         _____      ☐ Schedule G, line _____
         Number        Street
         _____
         City                  State       ZIP Code

   **3.2**
         _____      ☐ Schedule D, line _____
         Name                                          ☐ Schedule E/F, line _____
         _____      ☐ Schedule G, line _____
         Number        Street
         _____
         City                  State       ZIP Code

   **3.3**
         _____      ☐ Schedule D, line _____
         Name                                          ☐ Schedule E/F, line _____
         _____      ☐ Schedule G, line _____
         Number        Street
         _____
         City                  State       ZIP Code

Debtor 1    **Kristy**      **Holly-ray**

First Name      Middle Name      Last Name

Case number *(if known)*_____

## Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3._**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3._**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3._**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3._**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3._**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3._**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3._**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3._**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**Fill in this information to identify your case:**

Debtor 1    __Kristy_____ __Holly-ray_____
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name         Last Name

United States Bankruptcy Court for the: __EASTERN__ District of __CALIFORNIA__

Case number
(If known)    _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
    income as of the following date:
    _____
    MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.
If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a
separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment
   information.**

   If you have more than one job,
   attach a separate page with
   information about additional
   employers.

   Include part-time, seasonal, or
   self-employed work.

   Occupation may include student
   or homemaker, if it applies.

|  | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | homemaker, mother mi | |
| **Employer's name** | | | |
| **Employer's address** | | Number   Street | Number   Street |
| | | City      State   ZIP Code | City      State   ZIP Code |
| **How long employed there?** | | _____ | _____ |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines
below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0 | $_____ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0 | + $_____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0 | $_____ |

Debtor 1   __Kristy_____   __Holly-ray_____   Case number *(if known)*_____

First Name      Middle Name         Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here.................................................................... ➔ 4.   $ **0**_____      $_____

**5. List all payroll deductions:**

5a.  **Tax, Medicare, and Social Security deductions**   5a.   $ **0**_____   $_____

5b.  **Mandatory contributions for retirement plans**   5b.   $ **0**_____   $_____

5c.  **Voluntary contributions for retirement plans**   5c.   $ **0**_____   $_____

5d.  **Required repayments of retirement fund loans**   5d.   $ **0**_____   $_____

5e.  **Insurance**   5e.   $ **0**_____   $_____

5f.  **Domestic support obligations**   5f.   $ **0**_____   $_____

5g.  **Union dues**   5g.   $ **0**_____   $_____

5h.  **Other deductions.** Specify: _____   5h.  + $ **0**_____  + $_____

6.  **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ **0**_____   $_____

7.  **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ **0**_____   $_____

**8. List all other income regularly received:**

8a.  **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ **0**_____   $_____

8b.  **Interest and dividends**   8b.   $ **0**_____   $_____

8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ **0**_____   $_____

8d.  **Unemployment compensation**   8d.   $ **0**_____   $_____

8e.  **Social Security**   8e.   $ **1610**_____   $_____

8f.  **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: __0_____   8f.   $ **0**_____   $_____

8g.  **Pension or retirement income**   8g.   $ **0**_____   $_____

8h.  **Other monthly income.** Specify: __759  stipend for adopted s 0__   8h.  + $ **0**_____  + $_____

9.  **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ **1610**_____   $_____

10.  **Calculate monthly income.** Add line 7 + line 9.

Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ **1610**_____  +  $_____  = $**1610**_____

11.  **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: __0_____   11.  + $ **0**_____

12.  **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ **1610**_____

**Combined monthly income**

13.  **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:   | irs debits my income from my social security 241.9 |

**Fill in this information to identify your case:**

Debtor 1    **Kristy**                           **Holly-ray**
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  **EASTERN** District of **CALIFORNIA**

Case number
(if known)    _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **son** | **12** | ☐ No ☑ Yes |
| **brother with stage4** | **53** | ☐ No ☑ Yes |
| | | ☑ No ☐ Yes |
| | | ☑ No ☐ Yes |
| | | ☑ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.            4.    $ **1756**

   If not included in line 4:

   4a.   Real estate taxes                                              4a.   $ **0**

   4b.   Property, homeowner's, or renter's insurance                  4b.   $ **0**

   4c.   Home maintenance, repair, and upkeep expenses                 4c.   $ **50**

   4d.   Homeowner's association or condominium dues                   4d.   $ **0**

Debtor 1    **Kristy**       **Holly-ray**

First Name      Middle Name      Last Name

Case number *(if known)*_____

| | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. $ 0 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ 700 |
| 6b. | Water, sewer, garbage collection | 6b. $ 0 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 100 |
| 6d. | Other. Specify: gas 50 | 6d. $ 0 |
| 7. | **Food and housekeeping supplies** | 7. $ 250 |
| 8. | **Childcare and children's education costs** | 8. $ 0 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ 50 |
| 10. | **Personal care products and services** | 10. $ 25 |
| 11. | **Medical and dental expenses** | 11. $ 0 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 50 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ 0 |
| 14. | **Charitable contributions and religious donations** | 14. $ 0 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. | Life insurance | 15a. $ 0 |
| 15b. | Health insurance | 15b. $ 60 |
| 15c. | Vehicle insurance | 15c. $ 50 |
| 15d. | Other insurance. Specify:_____ | 15d. $ 0 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:_____ | 16. $ 0 |
| 17. | **Installment or lease payments:** | |
| 17a. | Car payments for Vehicle 1 | 17a. $ 0 |
| 17b. | Car payments for Vehicle 2 | 17b. $ 0 |
| 17c. | Other. Specify:_____ | 17c. $ 0 |
| 17d. | Other. Specify:_____ | 17d. $ 0 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ 0 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. $ 0 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| 20a. | Mortgages on other property | 20a. $ 0 |
| 20b. | Real estate taxes | 20b. $ 0 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ 0 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ 0 |
| 20e. | Homeowner's association or condominium dues | 20e. $ 0 |

Debtor 1    __Kristy_____Holly-ray_____     Case number (if known)_____
            First Name      Middle Name      Last Name

21.  **Other.** Specify: _____     21.   +$__0_____

22.  **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                              22a.   $__3091_____

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.   $_____

    22c. Add line 22a and 22b. The result is your monthly expenses.     22c.   $_____

23.  **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.     23a.   $__1610_____

    23b. Copy your monthly expenses from line 22c above.     23b.   –$__3091_____

    23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*.     23c.   $__-1481_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.

    ☑ Yes.     Explain here:

           **wells fargo is modifying my home the difference will be a + of 140 prr month**

**Fill in this information to identify your case:**

Debtor 1     **Kristy**                    **Holly-ray**
             First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name     Last Name

United States Bankruptcy Court for the: **EASTERN** District of **CALIFORNIA**

Case number
(If known)  _____

☐ Check if this is an
   amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ | From _____ | _____ | From _____ |
| Number     Street | To _____ | Number     Street | To _____ |
| _____ | | _____ | |
| City          State   ZIP Code | | City          State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ | From _____ | _____ | From _____ |
| Number     Street | To _____ | Number     Street | To _____ |
| _____ | | _____ | |
| City          State   ZIP Code | | City          State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:    Explain the Sources of Your Income

| Debtor 1 | **Kristy** | | **Holly-ray** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only under Debtor 1.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0 |
| **For last calendar year:**<br>(January 1 to December 31, _____)<br>                      YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0 |
| **For the calendar year before that:**<br>(January 1 to December 31, _____)<br>                      YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0 |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____<br>_____<br>_____ | $ 0<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ 0<br>$ _____<br>$ _____ |
| **For last calendar year:**<br>(January 1 to December 31, _____)<br>                      YYYY | _____<br>_____<br>_____ | $ 0<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ 0<br>$ _____<br>$ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _____)<br>                      YYYY | _____<br>_____<br>_____ | $ 0<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ 0<br>$ _____<br>$ _____ |

| Debtor 1 | **Kristy** | | **Holly-ray** | | Case number (*if known*)_____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State      ZIP Code | _____ <br><br><br>_____ <br><br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State      ZIP Code | _____ <br><br><br>_____ <br><br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State      ZIP Code | _____ <br><br><br>_____ <br><br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

| Debtor 1 | Kristy | Holly-ray | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

Debtor 1  __Kristy_____Holly-ray_____
          First Name    Middle Name    Last Name

Case number (*if known*)_____

---

**Part 4:** **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes. Fill in the details.

|  | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title_____ | | Court Name_____ | ☐ Pending |
| _____ | | | ☐ On appeal |
| | | Number    Street | ☐ Concluded |
| Case number _____ | | | |
| | | City          State    ZIP Code | |
| Case title_____ | | Court Name_____ | ☐ Pending |
| _____ | | | ☐ On appeal |
| | | Number    Street | ☐ Concluded |
| Case number _____ | | | |
| | | City          State    ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

|  | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | _____ | $_____ |
| Number    Street | **Explain what happened** | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| City        State    ZIP Code | ☐ Property was attached, seized, or levied. | | |
| Creditor's Name | Describe the property | Date | Value of the property |
| | | _____ | $_____ |
| Number    Street | **Explain what happened** | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| City        State    ZIP Code | ☐ Property was attached, seized, or levied. | | |

Debtor 1   **Kristy**              **Holly-ray**                    Case number *(if known)*_____
             First Name   Middle Name      Last Name

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number    Street | | | |
| | | | |
| City              State   ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:   List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | $ |
| Person to Whom You Gave the Gift | | | $ |
| Number    Street | | | |
| City              State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | $ |
| Person to Whom You Gave the Gift | | | $ |
| Number    Street | | | |
| City              State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | Kristy | Holly-ray | | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | $_____ |
| Charity's Name | | _____ | $_____ |
| _____ | | _____ | |
| Number   Street | | | |
| _____ | | | |
| City   State   ZIP Code | | | |

---

### Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

### Part 7:   List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| _____ | | _____ | $_____ |
| Number   Street | | _____ | $_____ |
| _____ | | | |
| City    State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

---

Debtor 1 　**Kristy**　　　　　　　**Holly-ray**
　　　　　　First Name　　　Middle Name　　　Last Name

Case number (*if known*)_____

| | Description and value of any property transferred | | Date payment or transfer was made | Amount of payment |
|---|---|---|---|---|
| Person Who Was Paid | | | _____ | $_____ |
| Number　Street | | | _____ | $_____ |
| | | | | |
| City　　　　State　ZIP Code | | | | |
| Email or website address | | | | |
| Person Who Made the Payment, if Not You | | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | | Date payment or transfer was made | Amount of payment |
|---|---|---|---|---|
| Person Who Was Paid | | | | |
| Number　Street | | | _____ | $_____ |
| | | | _____ | $_____ |
| City　　　　State　ZIP Code | | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number　Street | | | _____ |
| | | | |
| City　　　　State　ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number　Street | | | _____ |
| | | | |
| City　　　　State　ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | **Kristy** | | **Holly-ray** | | Case number *(if known)*_____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| Number   Street _____ | | | | |
| _____ | | | | |
| City          State   ZIP Code | | | | |
| Name of Financial Institution _____ | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| Number   Street _____ | | | | |
| _____ | | | | |
| City          State   ZIP Code | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ | Name _____ | | ☐ No ☐ Yes |
| Number   Street _____ | Number   Street _____ | | |
| _____ | City      State    ZIP Code | | |
| City          State   ZIP Code | | | |

| Debtor 1 | Kristy | | Holly-ray | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number (if known)_____

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number Street | Number Street | | |
| | City State ZIP Code | | |
| City State ZIP Code | | | |

---

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | $_____ |
| Owner's Name | Number Street | | |
| Number Street | | | |
| City State ZIP Code | City State ZIP Code | | |

---

| **Part 10:** | **Give Details About Environmental Information** |
|---|---|

For the purpose of Part 10, the following definitions apply:

☐ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☐ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☐ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name of site | Governmental unit | | |
| Number Street | Number Street | | |
| | City State ZIP Code | | |
| City State ZIP Code | | | |

| Debtor 1 | **Kristy** | **Holly-ray** | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name of site | Governmental unit | | |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | _____ | | |
| | Court Name | | ☐ Pending |
| _____ | _____ | | ☐ On appeal |
| | Number    Street | | ☐ Concluded |
| _____ | _____ | | |
| Case number | City          State    ZIP Code | | |

---

## Part 11:    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| _____ | | Do not include Social Security number or ITIN. |
| Business Name | | |
| _____ | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| _____ | | From _____ To _____ |
| City          State    ZIP Code | | |
| | Describe the nature of the business | Employer Identification number |
| _____ | | Do not include Social Security number or ITIN. |
| Business Name | | |
| _____ | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| _____ | | From _____ To _____ |
| City          State    ZIP Code | | |

| Debtor 1 | **Kristy** | | **Holly-ray** | | Case number (if known)_____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Business Name | Describe the nature of the business | **Employer Identification number** |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| _____ | _____ | EIN: __ __ – __ __ __ __ __ __ __ __ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| _____ | _____ | |
| _____ | | From _____  To _____ |
| City          State    ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____ | |
| Name | MM / DD / YYYY |
| _____ | |
| Number    Street | |
| _____ | |
| _____ | |
| City          State    ZIP Code | |

---

**Part 12:  Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Kristy Ray_ (signature)                    ✗ _____
Signature of Debtor 1                             Signature of Debtor 2

Date  9-23-19                                     Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☐ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| Debtor 1 | Kristy | | Holly-ray | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | | | | |
|---|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **EASTERN** District of **CALIFORNIA**

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information.**
**Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:  List Your Creditors Who Have Secured Claims

1.  For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br><br> ☐ Yes |

Debtor 1 **Kristy** **Holly-ray**  Case number (*If known*)_____

First Name    Middle Name    Last Name

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                                    **Will the lease be assumed?**

Lessor's name: _____                                    ☐ No

Description of leased property: _____                                    ☐ Yes

Lessor's name: _____                                    ☐ No

Description of leased property: _____                                    ☐ Yes

Lessor's name: _____                                    ☐ No

Description of leased property: _____                                    ☐ Yes

Lessor's name: _____                                    ☐ No

Description of leased property: _____                                    ☐ Yes

Lessor's name: _____                                    ☐ No

Description of leased property: _____                                    ☐ Yes

Lessor's name: _____                                    ☐ No

Description of leased property: _____                                    ☐ Yes

Lessor's name: _____                                    ☐ No

Description of leased property: _____                                    ☐ Yes

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ *Kristy Ray* _____                    ✗ _____

Signature of Debtor 1                                    Signature of Debtor 2

Date 9/28/19 _____                    Date _____
MM / DD / YYYY                                    MM / DD / YYYY

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Kristy** | **Holly-ray** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN** District of **CALIFORNIA**

Case number _____
(If known)

---

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

---

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not evade the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____0 | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____0 | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____0 | $_____ | | | |
| Ordinary and necessary operating expenses | – $_____0 | – $_____ | | | |
| Net monthly income from a business, profession, or farm | $____0 | $_____ | Copy here➡ | $_____0 | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $____0 | $_____ | | | |
| Ordinary and necessary operating expenses | – $____0 | – $_____ | | | |
| Net monthly income from rental or other real property | $____0 | $_____ | Copy here➡ | $_____0 | $_____ |

| 7. **Interest, dividends, and royalties** | $_____0 | $_____ |
|---|---|---|

Debtor 1    **Kristy              Holly-ray**
            First Name    Middle Name    Last Name                 Case number *(if known)*_____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**                                     $_____0      $_____

   Do not enter the amount if you contend that the amount received was a benefit
   under the Social Security Act. Instead, list it here: ..............................↴

   For you.................................................................  $_____
   For your spouse.................................................  $_____

9. **Pension or retirement income.** Do not include any amount received that was a     $_____0      $_____
   benefit under the Social Security Act.

10. **Income from all other sources not listed above.** Specify the source and amount.
    Do not include any benefits received under the Social Security Act or payments received
    as a victim of a war crime, a crime against humanity, or international or domestic
    terrorism. If necessary, list other sources on a separate page and put the total below.

    _759__ stipend for adopted s_____         0  $_____0      $_____

    ~~1369~~ social security suvivors benn fits from late    0  $_____    $_____
    husband
    Total amounts from separate pages, if any.  $1369.        + $_____    + $_____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each      $_____0   +  $_____0   =  $_____0
    column. Then add the total for Column A to the total for Column B.                                                Total current
                                                                                                                     monthly income

---

**Part 2:    Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a.  Copy your total current monthly income from line 11. ..........................  Copy line 11 here➡  $_____0

          Multiply by 12 (the number of months in a year).                                          x 12

    12b.  The result is your annual income for this part of the form.                          12b.  $_____0

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.                          **CALIFORNIA**

    Fill in the number of people in your household.                    3

    Fill in the median family income for your state and size of household. ......................  13.   $____84003
    To find a list of applicable median income amounts, go online using the link specified in the separate
    instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a.  ☑  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
             Go to Part 3.

    14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A–2.*
             Go to Part 3 and fill out Form 122A–2.

---

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ *Kristy Ray*_____          ✗ _____
   Signature of Debtor 1                                      Signature of Debtor 2

Date _____                             Date _____
     MM / DD / YYYY                                  MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**Fill in this information to identify your case:**

Debtor 1    **Kristy**        **Holly-ray**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **EASTERN** District of **CALIFORNIA**

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☐ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _Kristy Kay_____     ✗ _____
Signature of Debtor 1                  Signature of Debtor 2

Date _9 23 2019_             Date _____
    MM / DD / YYYY                       MM / DD / YYYY